IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. '08 - CV - 02304 BNB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

LAWRENCE ROBERT WARFIELD,

    Plaintiff,

v.

BILL RITTER JR., (Governor) as "Respondent Superior,"
ARISTEDES ZAVARAS (DOC - Executive Director,
CORRECTIONS CORPORATION OF AMERICA,
COLORADO ACCESS, as agent,
LT. DLUFFENDACH, (DOC Private Prison Monitor),
CATHIE HOLST, (DOC - AIC Coordinator),
DICK SMELSER, (CCCF - Warden),
MICHAEL MILLER, (CCCF - Asst. Warden),
RICHARD SELMAN, (CCCF - Chief of Security),
BOBBY BONNER, (CCCF - Chief of Unit Managment [sic]),
MR. CHAVEZ, (CCCF - Unit One Manager)
JAMES H. HIGBY, (CCCF- Grievance Coordinator),
GERALD BARBER, (CCCF - Principal),
MARTY FLIESCHACKER, (CCCF - Education Coordinator),
LINDA LYONS, (CCCF - Law Library Aide),
SGT. GREENLEE, (CCCF - Mailroom Supervisor),
SGT. BARROWS, (CCCF - Intake),
JUDY BRIZENDINE, (CCCF - Medical Supervisor),
DOCTOR CABILING, M.D., (CCCF), and
LAURU DICKINSON, (CCCF - Medical RN), all individually and in their Official
    Capacities, et al.,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915 and Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other:_____.

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) _X_ is missing page nos. _2-8_
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above within **thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 22nd day of October, 2008.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 02304

Lawrence Robert Warfield
Prisoner No. A00104918
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on __10/24/08__

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk