IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02304-BNB

LAWRENCE ROBERT WARFIELD,

    Plaintiff,

v.

BILL RITTER JR., (Governor) as "Respondent Superior,"
ARISTEDES ZAVARAS (DOC - Executive Director,
CORRECTIONS CORPORATION OF AMERICA,
COLORADO ACCESS, as agent,
LT. DLUFFENDACH, (DOC Private Prison Monitor),
CATHIE HOLST, (DOC - AIC Coordinator),
DICK SMELSER, (CCCF - Warden),
MICHAEL MILLER, (CCCF - Asst. Warden),
RICHARD SELMAN, (CCCF - Chief of Security),
BOBBY BONNER, (CCCF - Chief of Unit Managment [sic]),
MR. CHAVEZ, (CCCF - Unit One Manager)
JAMES H. HIGBY, (CCCF- Grievance Coordinator),
GERALD BARBER, (CCCF - Principal),
MARTY FLIESCHACKER, (CCCF - Education Coordinator),
LINDA LYONS, (CCCF - Law Library Aide),
SGT. GREENLEE, (CCCF - Mailroom Supervisor),
SGT. BARROWS, (CCCF - Intake),
JUDY BRIZENDINE, (CCCF - Medical Supervisor),
DOCTOR CABILING, M.D., (CCCF), and
LAURU DICKINSON, (CCCF - Medical RN), all individually and in their official
capacities, et al.,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 27 2009

GREGORY C. LANGHAM
               CLERK

## ORDER OF DISMISSAL

Plaintiff, Lawrence Robert Warfield, currently is incarcerated at the El Paso County Detention Facility in Colorado Springs, Colorado. He filed *pro se* an amended Prisoner Complaint pursuant to 42 U.S.C. § 1983 (2006), among other statutes. He

was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006) without payment of an initial partial filing fee.

On December 22, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Warfield to file a second amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and that alleged each Defendant's personal participation in the asserted claims. Magistrate Judge Boland warned Mr. Warfield that if he failed to file a second amended complaint that complied with the December 22 order within the time allowed, the amended complaint and the action would be dismissed without further notice. On January 13, 2009, Magistrate Judge Boland granted Mr. Warfield a thirty-day extension of time in which to submit the second amended complaint. On January 20, 2009, Mr. Warfield submitted a copy of his inmate trust fund account statement.

Mr. Warfield has failed within the time allowed to comply with the December 22, 2008, order for a second amended complaint or otherwise to communicate with the Court in any way regarding the December 22 order. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice for failure to comply with the December 22, 2008, order for a second amended complaint and for failure to prosecute.

DATED at Denver, Colorado, this 27 day of Feb., 2009.

BY THE COURT

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02304-BNB

Lawrence Robert Warfield
Prisoner No. 54622/A00104918
El Paso County Det. Facility
Unit CJC 2F4
2739 E. Las Vegas Street
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/27/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk